### SNOUFFER, Plaintiff-Appellant, v. BARTLETT, Defendant-Appellee.

Ohio Appeals, Second District, Franklin County.

No. 3857.   Decided November 3, 1945.

Paul R. Gingher, Columbus, and J. Paul McNamara, Columbus, for plaintiff-appellant.

Wm. Harvey Jones, Columbus, for defendant-appellee.

### OPINION

BY THE COURT:

Submitted on motion of the defendant-appellee to dismiss the appeal herein designated as an appeal on questions of law and fact and to fix the time for filing a bill of exceptions for an appeal on questions of law, for the reason that the transcript filed shows that the appeal is from a judgment of the trial court sustaining a motion for judgment on the statements of counsel and the pleadings.

The record discloses that there was no hearing of factual

issues in the Court below. The motion is sustained and the appellant is granted leave to file bill of exceptions within thirty days from the filing of entry sustaining this motion, and leave granted parties to file briefs under Rule VII.

For authority on this ruling, see §12223-22 GC; **Bauer v Grimstead, 142 Oh St 56; LeMaistre v Clark, 142 Oh St 1; Thompson v Moore, 72 Oh Ap 539.**

HORNBECK, P. J., WISEMAN and MILLER, JJ., concur.